FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**Feb 29, 2012**

GREGORY C. LANGHAM, CLERK

STANDARD FORM 61
Revised June 1986
U.S. Office of Personnel Management
FPM Chapter 296
61-108

*[Handwritten diagonal annotations overlaid across page:]* Refused for Cause; no OMB control number or expiration date; "violates" expiration in 5 CFR 1320.5(b)(1); "bootleg reduction FR"; see 44 U.S.C. 3512 in particular; Paperwork RTS

# APPOINTMENT AFFIDAVITS

United States District Court Judge _____ March 1, 2002
(Position to which appointed)                        (Date of appointment)

United States Courts _____ Colorado _____ Denver, Colorado
(Department or agency)        (Bureau or Division)      (Place of employment)

I, _____ Marcia S. Krieger _____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_____
(Signature of appointee)

Subscribed and sworn (or affirmed) before me this 1 day of March , 19 2002
at _____ Denver _____ Colorado
      (City)                      (State)

[SEAL]
_____
(Signature of officer)

Commission expires _____   Chief Judge
(If by a Notary Public, the date of expiration of his/her                      (Title)
Commission should be shown)

NOTE.—The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.

NSN 7540-00-634-4015                    FPI LEXINGTON                    Prior Edition Usable

STANDARD FORM 61
Revised June 1986
U.S. Office of Personnel Management
FPM Chapter 296
61-108

# APPOINTMENT AFFIDAVITS

<u>United States District Court Judge</u>                    <u>March 1, 2002</u>
*(Position to which appointed)*                                   *(Date of appointment)*

<u>United States Courts</u>          <u>Colorado</u>          <u>Denver, Colorado</u>
*(Department or agency)*          *(Bureau or Division)*          *(Place of employment)*

I, _____ Marcia S. Krieger _____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this ___1___ day of ___March___, 19 2002

at _____ Denver _____                    _____ Colorado _____
*(City)*                                                  *(State)*

**[SEAL]**

*(Signature of officer)*

Commission expires _____          Chief Judge
*(If by a Notary Public, the date of expiration of his/her*                    *(Title)*
*Commission should be shown)*

NOTE.—*The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.*

NSN 7540-00-634-4015                    FPI LEXINGTON                    Prior Edition Usable

*NB: This unofficial compilation of the U.S. Code is current as of Jan. 5, 2009 (see http://www.law.cornell.edu/uscode/uscprint.html).*

## TITLE 44 - PUBLIC PRINTING AND DOCUMENTS
### CHAPTER 35 - COORDINATION OF FEDERAL INFORMATION POLICY
### SUBCHAPTER I - FEDERAL INFORMATION POLICY

### § 3512. Public protection

(a) Notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information that is subject to this subchapter if—

(1) the collection of information does not display a valid control number assigned by the Director in accordance with this subchapter; or

(2) the agency fails to inform the person who is to respond to the collection of information that such person is not required to respond to the collection of information unless it displays a valid control number.

(b) The protection provided by this section may be raised in the form of a complete defense, bar, or otherwise at any time during the agency administrative process or judicial action applicable thereto.

(Added Pub. L. 104–13, § 2, May 22, 1995, 109 Stat. 181; amended Pub. L. 106–398, § 1 [[div. A], title X, § 1064(b)], Oct. 30, 2000, 114 Stat. 1654, 1654A–275.)

### Prior Provisions

A prior section 3512, added Pub. L. 96–511, § 2(a), Dec. 11, 1980, 94 Stat. 2822, related to protection of persons failing to maintain or provide information if information collection request did not display current control number prior to the general amendment of this chapter by Pub. L. 104–13.

Another prior section 3512, added Pub. L. 93–153, title IV, § 409(b), Nov. 16, 1973, 87 Stat. 593, related to information for independent regulatory agencies, prior to the general amendment of this chapter by Pub. L. 96–511.

### Amendments

2000—Subsec. (a). Pub. L. 106–398 substituted "subchapter" for "chapter" in introductory provisions and par. (1).

### Effective Date of 2000 Amendment

Amendment by Pub. L. 106–398 effective 30 days after Oct. 30, 2000, see section 1 [[div. A], title X, § 1065] of Pub. L. 106–398, set out as an Effective Date note under section 3531 of this title.

**FREEDOM OF INFORMATION ACT REQUEST**

December 27, 2011 *A.D.*

Disclosure Officer
U.S. Office of Personnel Management
FOIA Requester Service Center
1900 "E" Street, N.W., Room 5415
Washington 20415-7900
DISTRICT OF COLUMBIA, USA

# IN DEFAULT

Subject:  Freedom of Information Act ("FOIA") Request

Dear Disclosure Officer:

This is a request under the Freedom of Information Act.  I request that a **true and correct copy of the following documents** be provided to Me, without delay:

(1)   Regulations implementing the Federal statute at 5 U.S.C. 3331 as duly published in the *Federal Register* and/or the *Code of Federal Regulations* but not otherwise listed in the *Parallel Table of Authorities and Rules* revised January 1, 2011 (see attached);

(2)   materials submitted in compliance with 5 CFR 1320.5 to the Director of OMB for review of the Office of Personnel Management ("OPM") Standard Form 61 APPOINTMENT AFFIDAVITS as revised in June 1996 and August 2002 (copies attached), including but not limited to:

    (a)   the certification required under 5 CFR 1320.9;

    (b)   the proposed collection of information;

    (c)   the explanation for the decision that it would not be appropriate for the proposed collection of information to display an expiration date;

    (d)   the statement indicating that the proposed collection of information involves the use of automatic, electronic collection techniques;

    (e)   pertinent statutory authority, regulations, and such related supporting materials as OMB may have requested;

    (f)   the notice published in the *Federal Register* as required by 5 CFR 1320.5(a)(1)(iv);

    (g)   OMB's approval of the proposed collection of information including either the control number obtained from the Director to be displayed upon the collection of information, or evidence of the Director's decision to permit the collection of information to be used after June 1996 without a control number.

We incorporate as an essential part of this FOIA Request, all of the following relevant excerpts from the *Code of Federal Regulations* implementing the Paperwork Reduction Act, to wit:

> [A]n agency shall not conduct or sponsor a collection of information unless ... the collection of information displays a currently valid OMB control number.  5 CFR 1320.5(b)(1)

> In the case of forms ... sent or made available to potential respondents in an electronic format, the agency places the currently valid OMB control number ... on the first screen viewed by the respondent.  5 CFR 1320.5(b)(2)(ii)(B)

> [A]n agency shall not conduct or sponsor a collection of information unless ... the agency informs the potential persons who are to respond to the collection of information that such persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.  5 CFR 1320.5(b)(2)(i)

> OMB will consider necessary any collection of information specifically mandated by statute ....  5 CFR 1320.5(e)(1)

> An agency may not make a substantive or material modification to a collection of information after such collection of information has been approved by OMB, unless the modification has been submitted to OMB for review and approval under this Part.  5 CFR 1320.5(g)

> OMB shall not approve any collection of information for a period longer than three years.  5 CFR 1320.10(b)

> Agencies shall provide copies of the material submitted to OMB for review promptly upon request by any person.  5 CFR 1320.14(b)

> Any person may request OMB to review any collection of information conducted by or for any agency to determine if, under this Act and this part, a person shall maintain, provide, or disclose the information to or for the agency.  Unless the request is frivolous, OMB shall, in coordination with the agency responsible for the collection of information:

> (1)    Respond to the request within 60 days after receiving the request, unless such period is extended by OMB to a specified date and the person making the request is given notice of such extension;   and,

> (2)    Take appropriate remedial action, if necessary.  5 CFR 1320.14(c)

I request a waiver of all fees for this request.

Disclosure of the requested information to Me is in the public interest, because it is likely to contribute *significantly* to public understanding of the operations and activities of the Federal government, and is not *primarily* in My commercial interest. See also 5 U.S.C. 552(a)(4)(B).

**If you are not the correct person to whom this FOIA request should be directed, please forward it without delay to the correct person(s).**

Thank you for your consideration of this FOIA request.

Sincerely yours,

/s/ Paul Andrew Mitchell

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, Criminal Investigator and
Federal Witness:  18 U.S.C. 1510, 1512-13, 1964(a)
http://www.supremelaw.org/decs/agency/private.attorney.general.htm

**All Rights Reserved without Prejudice**

U.S. Mail:

        Paul Andrew Mitchell, B.A., M.S.
    c/o Lake Union Mail
        117 East Louisa Street
        Seattle 98102-3203
        WASHINGTON STATE, USA

Attachments

Copy:  U.S. Marshals, Judicial Security, Seattle, Washington State

[See USPS Publication #221 for addressing instructions.]

## FREEDOM OF INFORMATION ACT REQUEST

December 27, 2011 *A.D.*

Disclosure Officer
Office of Information and Regulatory Affairs
The Office of Management and Budget                    **IN DEFAULT**
725 - 17th Street, N.W.
Washington 20503
DISTRICT OF COLUMBIA,USA

Subject:  Freedom of Information Act ("FOIA") Request

Dear Disclosure Officer:

This is a request under the Freedom of Information Act.  I request
that a **true and correct copy of the following documents** be provided to
Me, without delay:

(1)     Regulations implementing the Federal statute at 5 U.S.C. 3331 as
        duly published in the *Federal Register* and/or the *Code of Federal
        Regulations* but not otherwise listed in the *Parallel Table of
        Authorities and Rules* revised January 1, 2011 (see attached);

(2)     materials submitted in compliance with 5 CFR 1320.5 to the
        Director of OMB for review of the Office of Personnel Management
        ("OPM") Standard Form 61 APPOINTMENT AFFIDAVITS as revised in
        June 1996 and August 2002 (copies attached), including but not
        limited to:

        (a)     the certification required under 5 CFR 1320.9;

        (b)     the proposed collection of information;

        (c)     the explanation for the decision that it would not be
                appropriate for the proposed collection of information to
                display an expiration date;

        (d)     the statement indicating that the proposed collection of
                information involves the use of automatic, electronic
                collection techniques;

        (e)     pertinent statutory authority, regulations, and such
                related supporting materials as OMB may have requested;

        (f)     the notice published in the *Federal Register* as required by
                5 CFR 1320.5(a)(1)(iv);

        (g)     OMB's approval of the proposed collection of information
                including either the control number obtained from the
                Director to be displayed upon the collection of
                information, or evidence of the Director's decision to
                permit the collection of information to be used after June
                1996 without a control number.

We incorporate as an essential part of this FOIA Request, all of the following relevant excerpts from the *Code of Federal Regulations* implementing the Paperwork Reduction Act, to wit:

> [A]n agency shall not conduct or sponsor a collection of information unless ... the collection of information displays a currently valid OMB control number.  5 CFR 1320.5(b)(1)

> In the case of forms ... sent or made available to potential respondents in an electronic format, the agency places the currently valid OMB control number ... on the first screen viewed by the respondent.  5 CFR 1320.5(b)(2)(ii)(B)

> [A]n agency shall not conduct or sponsor a collection of information unless ... the agency informs the potential persons who are to respond to the collection of information that such persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.  5 CFR 1320.5(b)(2)(i)

> OMB will consider necessary any collection of information specifically mandated by statute ....  5 CFR 1320.5(e)(1)

> An agency may not make a substantive or material modification to a collection of information after such collection of information has been approved by OMB, unless the modification has been submitted to OMB for review and approval under this Part.  5 CFR 1320.5(g)

> OMB shall not approve any collection of information for a period longer than three years.  5 CFR 1320.10(b)

> Agencies shall provide copies of the material submitted to OMB for review promptly upon request by any person.  5 CFR 1320.14(b)

> Any person may request OMB to review any collection of information conducted by or for any agency to determine if, under this Act and this part, a person shall maintain, provide, or disclose the information to or for the agency.  Unless the request is frivolous, OMB shall, in coordination with the agency responsible for the collection of information:



> (1)   Respond to the request within 60 days after receiving the request, unless such period is extended by OMB to a specified date and the person making the request is given notice of such extension;  and,

> (2)   Take appropriate remedial action, if necessary.  5 CFR 1320.14(c)

I request a waiver of all fees for this request.

Disclosure of the requested information to Me is in the public interest, because it is likely to contribute *significantly* to public understanding of the operations and activities of the Federal government, and is not *primarily* in My commercial interest. See also 5 U.S.C. 552(a)(4)(B).

**If you are not the correct person to whom this FOIA request should be directed, please forward it without delay to the correct person(s).**

Thank you for your consideration of this FOIA request.

Sincerely yours,

/s/ Paul Andrew Mitchell

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, Criminal Investigator and
Federal Witness:  18 U.S.C. 1510, 1512-13, 1964(a)
http://www.supremelaw.org/decs/agency/private.attorney.general.htm

**All Rights Reserved without Prejudice**

U.S. Mail:

        Paul Andrew Mitchell, B.A., M.S.
    c/o Lake Union Mail
        117 East Louisa Street
        Seattle 98102-3203
        WASHINGTON STATE, USA

Attachments

Copy:  U.S. Marshals, Judicial Security, Seattle, Washington State

[See USPS Publication #221 for addressing instructions.]

**FREEDOM OF INFORMATION ACT REQUEST**

August 29, 2006 *A.D.*

Richard L. Huff, Co-Director
Office of Information and Privacy
U.S. Department of Justice                    **IN DEFAULT**
10th & Constitution, N.W.
Washington 20530
DISTRICT OF COLUMBIA, USA

Subject:  Freedom of Information Act ("FOIA") Request

Dear Mr. Huff:

This is a request under the Freedom of Information Act.  I request
that a **copy of the following documents** be provided to Me, without
delay:

    1.    **proper Presidential Commissions signed by the President of
the United States of America and countersigned by the U.S.
Attorney General for eleven (11) federal employees
currently seated on the U.S. District Court for the
District of Colorado, as required by 5 U.S.C. sections 2104
and 2902;**

    2.    **proper OPM Form 61 Appointment Affidavits signed by eleven
(11) federal employees currently seated on the U.S.
District Court for the District of Colorado, as required by
5 U.S.C. sections 3331 and 2906;**

    3.    **proper Oaths of Office for United States Judges signed by
eleven (11) federal employees currently seated on the U.S.
District Court for the District of Colorado, as required by
28 U.S.C. section 453; and,**

    4.    **proper Senate Confirmations of eleven (11) federal
employees currently seated on the U.S. District Court for
the District of Colorado, as required by the Appointments
Clause in the Constitution for the United States of
America, as lawfully amended.**

Below please find an alphabetical list of the proper names of all
eleven (11) federal employees whose credentials above I am hereby
requesting, and as listed at 426 F.Supp.2d, Page XXIV *et seq.*, and at
the Internet Website of the U.S. District Court for the District of
Colorado.

I request a waiver of all fees for this request.

```
 1    Disclosure of the requested information to Me is in the public
 2    interest, because it is likely to contribute significantly to public
 3    understanding of the operations and activities of the federal
 4    government, and is not primarily in My commercial interest.
 5
 6    See also 5 U.S.C. 552(a)(4)(B).    Statutes conferring original
 7    jurisdiction on federal district courts must be strictly construed.
 8
 9    If you are not the correct person to whom this FOIA request should be
10    directed, please forward it without delay to the correct person(s).
11
12    Thank you for your timely consideration of this FOIA request.
13
14
15    Sincerely yours,
16
17    /s/ Paul Andrew Mitchell
18
19    Paul Andrew Mitchell, B.A., M.S.
20    Private Attorney General and Qualified Federal Witness
21
22    U.S. Mail care of:
23
24       Forwarding Agent
25       501 W. Broadway, Suite A-332
26       San Diego 92101
27       CALIFORNIA, USA
28
29    All Rights Reserved without Prejudice
30
```

List of eleven (11) federal personnel presently seated on the U.S. District Court for the District of Colorado:

1.  Lewis T. Babcock
2.  Robert E. Blackburn
3.  Wiley Y. Daniel
4.  Phillip S. Figa
5.  John L. Kane
6.  Marcia S. Krieger
7.  Richard P. Matsch
8.  Walker D. Miller
9.  Edward W. Nottingham
10.  Daniel B. Sparr
11.  Zita L. Weinshienk

**Source:** 426 F.Supp.2d, Page XXIV *et seq.*, and Internet Website of the U.S. District Court for the District of Colorado



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

FEB 0 8 2007

Mr. Paul A. Mitchell
% Forwarding Agent
501 W. Broadway, Suite A-332          Re:   OLP/06-R1018
San Diego, CA  92101                          CLM:MLF:ACP

Dear Mr. Mitchell:

This responds to your Freedom of Information Act (FOIA) request dated August 29, 2006, which was received in this Office on September 8, 2006, in which you requested copies of the presidential commissions, appointment affidavits, oaths of office and Senate confirmation documents for several judges on the United States District Court for the District of Colorado. This response is made on behalf of the Office of Legal Policy (OLP).

A search has been conducted in OLP, and we have located thirty-four documents, totaling thirty-four pages, that are responsive to your request.  I have determined that twenty-seven documents, totaling twenty-seven pages, are appropriate for release without excision and copies are enclosed.  Also enclosed are seven documents, totaling seven pages, which are appropriate for release with excisions made pursuant to Exemption 6 of the FOIA, 5 U.S.C. § 552(b)(6). This exemption concerns information the release of which would constitute a clearly unwarranted invasion of the personal privacy of a third party.  We apologize for the quality of some of the pages; however, no better copies could be obtained.

Please be advised that while we did not locate some of the records you are seeking, that does not mean that the documents do not exist, nor does it mean that any of the judges are not duly authorized.  The Department of Justice is not the official repository of this type of record; therefore, some documents are not always forwarded to OLP for inclusion of its files. The Administrative Office of the United States Courts (AOUSC) maintains personnel files of all federal judges, which include certain appointment documents.  For your information, the FOIA pertains only to agencies within the executive branch of the federal government.  As the AOUSC is an entity within the judicial branch, it not subject to the FOIA.  Although the policy of the AOUSC is not to release appointment documents to the public, should you wish to contact that entity, the address follows:

> Judges Compensation and Retirement Services Office
> Administrative Office of the United States Courts
> One Columbus Circle, NE
> Washington, DC  20544

If you are not satisfied with my action on your request, you may administratively appeal from this partial denial by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, NW, Suite 11050, Washington, DC 20530-0001, within sixty days from the date of this letter.  Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Carmen L. Mallon
Chief, Initial Request Staff

Enclosures



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

SEP 2 6 2006

Mr. Paul A. Mitchell
% Forwarding Agent
501 W. Broadway, Suite A-332                    Re:    OLP/06-R1018
San Diego, CA 92101                                    MAP:MLF:ACP

Dear Mr. Mitchell:

This is to acknowledge receipt of your Freedom of Information Act request dated
August 29, 2006, which was received in this Office on September 8, 2006, in which you
requested copies of the presidential commissions, appointment affidavits, oaths of office, and
Senate confirmation documents for several judges on the U.S. District Court for the District of
Colorado. This response is made on behalf of the Office of Legal Policy.

Because the records you seek require a search in another Office, our staff has not yet been
able to complete a search to determine whether there are records within the scope of your request.
Accordingly, we will be unable to comply with the twenty-working-day time limit in this case, as
well as the ten additional days provided by the statute. In an effort to speed up our records
search, you may wish to narrow the scope of your request to limit the number of potentially re-
sponsive records or agree to an alternative time frame for processing, should records be located;
or you may wish to await the completion of our records search to discuss either of these options.

We have not yet made a decision on your request for a fee waiver. We will do so after we
determine whether fees will be assessed for this request.

I regret the necessity of this delay, but I assure you that your request will be processed as
soon as possible. If you have any questions or wish to discuss reformulation or an alternative
time frame for the processing of your request, you may contact me by telephone at the above
number or you may write to me at the above address.

Sincerely,

Antoinette Parker
FOIA Specialist

1      **Authorities in re: Presidential Commissions**
2
3
4      When person has been nominated to office by President, confirmed
5      by Senate, and his **commission signed by President, with seal of**
6      **United States affixed thereto**, his appointment is complete.
7
8                              [U.S. v. LeBaron, 60 U.S. 73, 19 How. 73]
9                              [15 L.Ed. 525 (1856), **bold** emphasis added]
10
11
12     The **commissions of judicial officers** ... appointed by the
13     President, by and with the advice and consent of the Senate ...
14     **shall be made out and recorded in the Department of Justice under**
15     **the seal of that department and countersigned by the Attorney**
16     **General**.
17
18                              [5 U.S.C. 2902(c), **bold** emphasis added]
19
20
21     Federal circuit and district judges are among the "other officers
22     of the United States" required to be nominated by the President
23     by and with the advice and consent of the Senate.
24
25                              [Thomson v. Robb, 328 S.E.2d 136, 140, hn. 3]
26                              [229 Va. 233 (Va. 1985)]
27
28
29     From this clause [2:2:2] the Constitution must be understood to
30     declare that all offices of the United States, except in cases
31     where the Constitution itself may otherwise provide, shall be
32     established by law.
33
34                              [U.S. v. Maurice, 2 Brock, U.S., 96]
35                              [26 Fed. Cas. No. 15,747]
36
37
38     ... [W]here the law requires a commission to be issued, the
39     **person selected is not entitled to the office until the**
40     **commission issues, and he cannot be legally qualified by taking**
41     **the required oath until he has received his commission.**
42
43                              [Legerton v. Chambers, 163 P. 678, 32 Cal.App. 601]
44                              [Magruder v. Tuck, 25 Md. 217]
45                              [**bold** emphasis added]
46
47
48     The commission is in law *prima facie* proof of the right of the
49     judge to enter on and perform the duties of his office.
50
51                              [State v. Montague, 130 S.E. 838, 190 N.C. 841]
52                              [Sylvia Lake Co. v. Northern Ore Co., 151 N.E. 158]
53                              [242 N.Y. 144, *cert. den.* 273 U.S. 695]
54

It [commission] is **the highest and best evidence of his right to the office** until, on *quo warranto* or a proceeding of that nature, is annulled by judicial determination.

[Thompson v. Holt, 52 Ala. 491]
[**bold** emphasis added]

Without taking the <u>oath prescribed by law</u>, one cannot become a judge either *de jure* or *de facto*, and such an individual is without authority to act and his acts as such are void until he has taken the <u>prescribed oath</u>.

[French v. State, 572 S.W.2d 934]
[Brown v. State, 238 S.W.2d 787]

Law requires the judge selected to take an <u>oath of office</u>.

[U.S. *ex rel.* Scott v. Babb]
[199 F.2d 804 (7th Cir. 1952)]

Appointment was complete upon taking oath.

[Glavey v. U.S., 182 U.S. 595 (1901)]

Judges are required to take oaths.

[7 Op Atty Gen 303]

Oath was prerequisite to compensation of judges.

[7 Op Atty Gen 303]

The salaries of all judges of courts of the United States are due from the date of appointment;  but the party does not become entitled to draw pay until he has entered on the duties of his office, or at least taken his official oath;  for, until then, though under commission, he is not actually in office;  and in some cases, as that of the territorial judges of Oregon, Washington, Kansas, and Nebraska, salary, though due from date of appointment, cannot be drawn until the judge enters on duty in the Territory.

[7 Op Atty Gen 303 *supra*]

Oath was prerequisite to official duties and salary.

[19 Op Atty Gen 219]

**SALARY OF MINISTER**

By act of July 11, 1888, chapter 614, the office of chargé
d'affaires to Paraguay and Uruguay, the salary of which was
$5,000 per annum, was abolished, and provision made for
representing the United States there by a minister at $7,500 a
year.  B., who at that time held the former office, was on the
11th of August, 1888, appointed minister.  He received his
commission at his place of duty on the 3d of October, 1888, and
on that latter date took the official oath and entered upon the
duties of his office as minister:  *Advised* that B. is entitled to
draw his salary as minister from the 3d of October, 1888, the
date on which he qualified for the office and entered upon its
duties, and not from the date of his appointment (Aug. 11, 1888).

[19 Op Atty Gen 219 *supra*]


... [B]ut whatever form of oath is taken, the taking of the oath
is a prerequisite to the entering upon the official duties or
drawing salary therefor.

[19 Op Atty Gen 221 *supra*]




#  #  #

Oaths of Office for Federal Judges:
Statutes Defining Legal Custodian

5 U.S.C. 3331:
http://www4.law.cornell.edu/uscode/5/3331.html

§ 3331. Oath of office

Release date: 2004-01-16

An individual, except the President, elected or appointed to an office
of honor or profit in the civil service or uniformed services, shall
take the following oath: *"I, AB, do solemnly swear (or affirm) that I
will support and defend the Constitution of the United States against
all enemies, foreign and domestic;  that I will bear true faith and
allegiance to the same;  that I take this obligation freely, without
any mental reservation or purpose of evasion;  and that I will well
and faithfully discharge the duties of the office on which I am about
to enter. So help me God."* This section does not affect other oaths
required by law.

*[italics added for emphasis]*

5 U.S.C. 2906:
http://www4.law.cornell.edu/uscode/5/2906.html

§ 2906. Oath;  custody

Release date: 2004-01-16



The oath of office taken by an individual under section 3331 of this
title **shall be delivered by him to, and preserved by, the** House of
Congress, agency, or **court to which the office pertains**.

**[bold** added for emphasis]

28 U.S.C. 453:
http://www4.law.cornell.edu/uscode/28/453.html

§ 453. Oaths of justices and judges

Release date: 2003-05-15

Each justice or judge of the United States shall take the following
oath or affirmation before performing the duties of his office:  *"I,
XXX XXX, do solemnly swear (or affirm) that I will administer justice
without respect to persons, and do equal right to the poor and to the
rich, and that I will faithfully and impartially discharge and perform
all the duties incumbent upon me as XXX under the Constitution and
laws of the United States.  So help me God."*

*[italics added for emphasis]*

Sample *Appointment Affidavit* (OPM Form 61) required by 5 U.S.C. 3331:

http://www.supremelaw.org/rsrc/commissions/schlesinger.harvey/affidavit.gif


Sample *Oath of Office* as required by 28 U.S.C. 453:

http://www.supremelaw.org/rsrc/commissions/schlesinger.harvey/oath.gif

[See language of 5 U.S.C. 3331 *supra*, *i.e.* "This section does not affect other oaths required by law."]